# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152758(54)(55)(57)(58)(60)(63)

COVENANT MEDICAL CENTER, INC.,
   Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Defendant-Appellant.
_____/

SC: 152758
COA: 322108
Saginaw CC: 13-020416-NF

   On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before October 20, 2016. On further order of the Chief Justice, the separate motions of the Auto Club Insurance Association, the Insurance Institute of Michigan, the Michigan Health & Hospital Association, HealthCall of Detroit, Inc., and the Michigan Catastrophic Claims Association for leave to file briefs amicus curiae are GRANTED. The amicus brief submitted on October 4, 2016, by the Auto Club Insurance Association and the amicus briefs submitted on October 6, 2016, by the Michigan Health & Hospital Association, HealthCall of Detroit, Inc., and the Michigan Catastrophic Claims Association are accepted for filing. An amicus brief from the Insurance Institute of Michigan will be accepted for filing if submitted on or before October 20, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 12, 2016      

                  Clerk